**Exhibit A to the Complaint**

**Location:** Old Bridge, NJ  **IP Address:** 74.102.216.227
**Total Works Infringed:** 86  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8225C91246FFFA488803084A72E69C6D66F6699D  File Hash: B69AB4D2CE13C22A6AA5E4B8B4ACD1B285D595A7F52FD14DD6D0A35BD487955C | 07/13/2020 19:57:55 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 2 | Info Hash: 3331374935A0C6D79FB05926CD3335CAE8FA4474  File Hash: D1727BB8185F20F4D52D49955D03ECD6B9982BD12E07B704407B6CC8B978F55A | 07/07/2020 20:15:06 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 3 | Info Hash: B68E8B8D5B139F0F6236FB409416C5F6EFF30FBF  File Hash: EC87A35B26CA48252E09A7221FEE19ACF078C658529E6A73527988F7C4700D7E | 07/05/2020 16:07:33 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 4 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976  File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07/05/2020 15:54:05 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 5 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A  File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 07/01/2020 21:45:28 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 6 | Info Hash: A75B2BE53FAF478C0E99EDF3AE39F0992B3F371D  File Hash: 4CE76C92BA04B5FDEC3F03D19DD58106C506129205DF0C5246A7BA454DC6170B | 06/29/2020 21:05:13 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 7 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA  File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 06/25/2020 20:32:05 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 8 | Info Hash: 36F75EDCCF33733524DC0E3DDD35E769827ABC1E  File Hash: 6516DA5DC799A4C767756ABF8654606C714B33BF580277AE3C7A6A2322B3710F | 06/23/2020 21:15:25 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06/21/2020 22:50:16 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 10 | Info Hash: F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2<br>File Hash: 71AF15AAFDD8A4D709DC8ECD3C4CD637D9700AC4CD69CB3586B8B75AFB31E8B0 | 06/20/2020 01:20:03 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 11 | Info Hash: 93AC77760BE262244F8C30B7A064ACFD0E95E6CE<br>File Hash: FBAE5708BFF78E82C93645127539E317BF61BF277C83A6EFE162EE772C4C01B9 | 06/17/2020 01:02:46 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 12 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06/08/2020 21:15:39 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 13 | Info Hash: 8ABC15A39D54A6BD0DF91582B09A75615A95880C<br>File Hash: 08DF19FFBDEFC8F7A1297811CCB54139DF23B8C1AC0042F079A9EB3087C5E189 | 06/07/2020 20:04:51 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 14 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 06/04/2020 19:30:14 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 15 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06/01/2020 22:26:33 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 16 | Info Hash: FDA9A014F5612DBE78BF1EB45215200884780CEE<br>File Hash: D04EDF707C81A116C3277F47BD94535B19321FA5609D89BA613043ADD3ECE8EE | 05/26/2020 22:49:28 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 17 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05/26/2020 22:44:41 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 05/09/2020 20:34:07 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 19 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05/05/2020 22:21:28 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 20 | Info Hash: DCED8F3AA84D406E8A8C8C874798F599F31F8A10<br>File Hash: F74B8FEBBF5E962A3AFB458E3481259AE81B35D5A315AE36867B58B12C3E6E41 | 05/03/2020 22:09:46 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 21 | Info Hash: 55DA231D9A83114E186550AD8048342763E1FB27<br>File Hash: FDB56424AD0342E14DE87F2C2551FB063F77268541EFCF97D3444E511343E446 | 05/03/2020 22:03:14 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 22 | Info Hash: 61F1D569F6F9487984A9F0CAB74E6CBCFA329029<br>File Hash: 81DDE965FC5ED6CD5336BDF07FB7BE31F6E3E498C46916E1EAEEDAFD5D563B9D | 05/03/2020 13:55:02 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 23 | Info Hash: 36AB36E315F2364C930414DB26E4DC3DD1448E5B<br>File Hash: 97D6DD352A4E9A27CCEDE7809BEF8A14A53F9199A0086B325724D2BE2DDB1657 | 05/03/2020 13:54:59 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 24 | Info Hash: 4898066692E38B50458CF82CFB7F4A3026B4D4C6<br>File Hash: F1CDB9AACEBA170D0E94ACB30E1FEEA93B9637F7851280C1A1A7197AB495EAAB | 04/29/2020 22:36:35 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 25 | Info Hash: EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash: 735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 04/21/2020 21:32:59 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 26 | Info Hash: 4A0ABE15C6C11BEC97FCFF00C3F40080764788A9<br>File Hash: 9B3AE3403C4CD012F163F6857B61341190090CC8B5D542F786A0F47BD1E02988 | 04/14/2020 20:28:08 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F03005B40A7A7C176A757AA013FCAEE57567AFA8<br>File Hash: BD4213864BCBB75645111940739CE47CD5CA2FD674684CBAA90C741667B090AE | 04/12/2020 22:32:51 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 28 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash: 36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 04/11/2020 20:52:00 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |
| 29 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 04/05/2020 18:38:00 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 30 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/05/2020 18:32:43 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 31 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 03/28/2020 21:33:56 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 32 | Info Hash: 1A7CBCDFF678AC0F221A5F4295B58FDB2AFE6D43<br>File Hash: E1F59ACD4C1CA75FA01074454E91FD09B001073FF6186E534DDCC3B7945B3746 | 03/28/2020 19:18:28 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 33 | Info Hash: A5238ABA92C7C3F59BEBCF3AF06C6771D12ABCA5<br>File Hash: 9A155F7B62FDCAE408ED44E18AB48F2670085F9201AAA167AB70663EBFE36567 | 03/23/2020 19:50:50 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 34 | Info Hash: A8BBCBF424202F9DAF9E209F03C7E147730757B9<br>File Hash: 77CCE13C908A6B3196451C9B44512FCC6E6EDB94B6120C4FF7230D9674D17083 | 03/22/2020 10:00:34 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 35 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 03/21/2020 22:54:24 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash: 90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 03/19/2020 21:16:24 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 37 | Info Hash: 9D0350FC373B64D6D0AC93B32B0EB27DFDFFF99C<br>File Hash: A961477028365DD569350F553B0D72CEBCE98AA4B1D36B164BD9FA1CC33D9CE5 | 03/16/2020 21:10:00 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 38 | Info Hash: 2CD6CA8C73AB1C2C63B73F55AA87EB05671138BE<br>File Hash: 3D47FAA2CBC2FA1E526449FF1052A591537917F382A839C684EE8616977CEC05 | 03/12/2020 23:12:40 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 39 | Info Hash: A0261816B674039092F06AAD24DA7394890C9D20<br>File Hash: F1F789A2C6376053A4B21563798EDDB6213746A5C8A3FEF712C6104986636863 | 03/06/2020 23:50:09 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 40 | Info Hash: 4E11706F2344D3BD779AC45808C78B5D90222614<br>File Hash: 65167C53EBEA69FEC4B6290D88A0CB317A1DC6C92EFE2845BF007F73DB6A5CEA | 03/04/2020 22:47:01 | Blacked | 02/29/2020 | 04/15/2020 | PA0002246058 |
| 41 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 03/02/2020 21:31:54 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 42 | Info Hash: B46CF2F3A8EEFD4E6A9896A3D5B33F56FF912725<br>File Hash: 527CAD8E5E7C987F3D1DFBCB3CF62E59000B8BC3E166FA6B6621F657E1CC824B | 02/24/2020 21:24:41 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 43 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02/20/2020 23:14:17 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 44 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/17/2020 21:05:45 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 6E87B814706368545A7A63DE5F99272C4CD302DF<br>File Hash: F33593A2104E6A752BCA10AE83E95E022C915B2ADE112D98536FCC3C571DCE5C | 02/10/2020 01:36:35 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 46 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02/10/2020 01:30:51 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 47 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 02/07/2020 22:09:15 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 48 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/04/2020 22:17:18 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 49 | Info Hash: C4908D73FD34B114DFD2A63489A9DB9C1B2BA486<br>File Hash: 7E3D58FBB38F6191A32209C8C12D19BDAB13FDDB157807004816D6251C722D57 | 02/03/2020 23:33:41 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 50 | Info Hash: CF38BFE1D0E03012B60F475D878E3C658F3F9277<br>File Hash: 3932406A76C2B707C5D03A0FBBAA0DDD64B528BC9FB84984D1199D3D315CFD85 | 01/30/2020 01:12:50 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 51 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01/28/2020 00:55:31 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 52 | Info Hash: 2228E86BE0F25CE958B2E986B2AE871A0162E19F<br>File Hash: 297042B335B3BF441F3731571CD0D499CFA0C13FD74EC643BE0CAFAB1C0E2A69 | 01/22/2020 21:08:58 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 53 | Info Hash: 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9<br>File Hash: 8383058EF00B060292F786E70B34EBBEF42CD22837D4C91BE8798014ED5D1E66 | 01/22/2020 20:42:44 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 54 | Info Hash: 23EA596532E7AFF546575AFD2B44B83F3031A585<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 01/18/2020 00:33:02 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 55 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01/13/2020 23:00:20 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 56 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 01/13/2020 19:45:39 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 57 | Info Hash: 5129EDA9FD3C082F36574E17C4887F06B5AF348A<br>File Hash: A048390644CAEE17CAE030471D3C1E4AE2DF626A33C78A0C1E71AD64D5303B08 | 01/09/2020 22:26:58 | Vixen | 01/09/2020 | 02/03/2020 | PA0002236496 |
| 58 | Info Hash: C50E64A491061FF8EE21911749E95443F3EF2186<br>File Hash: 8078DE0AAAEC7264CEB78AE111DAE6282E968D6064E25E0CCF01F53BAAA20DF9 | 01/08/2020 19:55:47 | Blacked Raw | 01/07/2020 | 02/03/2020 | PA0002236198 |
| 59 | Info Hash: C747D07002A77F3F2B59F26E9742C3EF56CB897D<br>File Hash: 5597DF4BF6ED45CB513885F685212ED145ADC3D3B5DB615C8954E6DD29DCE190 | 01/05/2020 20:59:14 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 60 | Info Hash: 34F16D38737DC1CFBD169BE4578E46F6C521D84F<br>File Hash: 7CA7EA0296DCDC8A26FF2FF4CCF85AD45616A7BBCFF356C0CBB86AC0C6BC4891 | 01/02/2020 21:32:02 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |
| 61 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01/01/2020 20:50:12 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 62 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 12/29/2019 19:57:34 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 12/26/2019 21:49:41 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 64 | Info Hash: 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3<br>File Hash: C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 12/20/2019 23:15:32 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 65 | Info Hash: FA0B3ACCC5BD69C82AC11DD1A8C32CFEAB0EBCC9<br>File Hash: 5FBF982B22EDF946B539CDC05E8D539B2B6C6D99588C5DBF9B760656A8FD0E0B | 12/06/2019 21:02:10 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 66 | Info Hash: 91699AA4387004F4FFB03CCD30E6202A27D3E313<br>File Hash: 3ECBE0C05676D4FF61E362DAE4E8E9D8B9FE107B19776DA6A87A49542A48FEFE | 11/16/2019 19:38:51 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 67 | Info Hash: D1F201D5B795EB35DFC6181FBD5572825EF1CAA4<br>File Hash: 2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11/15/2019 00:43:42 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 68 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 10/31/2019 23:04:25 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 69 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 10/26/2019 18:23:37 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 70 | Info Hash: 9D1A2723C177B4BA2FA933A30A728AA5A7E54956<br>File Hash: 7457006DF20E036F6554CEFD2337D74ABC8CE59809807434020026B8E9220392 | 10/22/2019 01:18:36 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |
| 71 | Info Hash: FB22FCFC289A0AC4F221946002BA955BF08A3A1B<br>File Hash: 5C9FB26DD21F7F2F68F21F22CF0CF7E6FFE244A4735F5CE5F8BB91A7F53A645E | 10/17/2019 19:38:18 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: DD83AC897A4FD8B1B938F028E4B3C78C1897F531<br>File Hash: AA897643CB22B26D76F905513CF325BF3502E8A343DA47AEB1E5740EB4A03DD1 | 10/10/2019 22:06:57 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 73 | Info Hash: 9B9BE0BD6B2C4DD84BD646AF5D801292AFB09DDF<br>File Hash: F3F49B23D7C25F3DDD5E2E47714E4A1058B09ED21D9601A802D09BCE6E126104 | 09/26/2019 23:28:32 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 74 | Info Hash: 7E3A369E1C78EE170A75663BCC9126D2902D8A81<br>File Hash: 63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09/18/2019 03:07:24 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 75 | Info Hash: 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA<br>File Hash: 544B745FA67E6DE0E35C38F887DC98DDDEE9043B54C6762D068EC3CF0DE65E62 | 09/12/2019 00:00:19 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 76 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09/05/2019 20:43:16 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 77 | Info Hash: 21B9DD1AD65C9340920B31128D91CA3F85913384<br>File Hash: 607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 09/03/2019 22:16:03 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 78 | Info Hash: 4280734C8F4B5BF28A587E77BEDE13E10206D66E<br>File Hash: 9B15EE7AC7F29D13593E5EEC54960DDDE7BD7601E0B611A78713A8CC4740CE1E | 08/28/2019 21:13:50 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 79 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/26/2019 01:13:48 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 80 | Info Hash: DA688C76F0C068A444122EE74FBF1731CAFA1B5C<br>File Hash: F7E8945C6E4E75F65D98B9012C7F3432818A5D2EE24B1BD5BE6734A3BBA4B278 | 08/19/2019 23:59:30 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 08/17/2019 01:21:26 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 82 | Info Hash: 89573738C7CBB884569A9D83B790135D12A44F88<br>File Hash: 729F402DA3A322A41FDAFC129556F5345D580D042C22F5047B669F5F17AF4448 | 08/07/2019 20:45:23 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 83 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 07/30/2019 18:57:31 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 84 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA<br>File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 07/26/2019 21:38:37 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 85 | Info Hash: DC468B357B918413C130B28A9B11AF86E2919158<br>File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 07/17/2019 20:22:59 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 86 | Info Hash: 9A6C1BC10CC4EAF009B2196EAEAAF5443ED38C21<br>File Hash: 906C16FF2B3942BCA7D2BFA4B1EB8E142AD916913F744218BE9BB7B154FF0643 | 07/15/2019 23:08:15 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |